United States District Court
Southern District of Texas
**ENTERED**
November 18, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO. 4:19-cr-719 |
| § | |
| WILLIAM ANDREW DELBOY § | |

## ORDER

The above-named Defendant filed an unopposed motion for continuance of the time to respond to the Presentence Report and of the sentencing hearing. The Court finds that the ends of justice are served by granting this continuance, therefore the motion is GRANTED. The docket control order is amended as follows:

Initial Presentence Report shall be filed by: __January 6__, 2023

Objections to the Presentence Report shall be filed by: __January 20__, 2023.

Responses to any objections shall be filed by: __February 3__, 2023.

Sentencing is reset to: __February 16__, 2023.
at 2:00 p.m.

SIGNED at Houston, Texas, on __November 18__, 2022.

_(signature)_
DAVID HITTNER
UNITED STATES DISTRICT JUDGE