United States District Court
Southern District of Texas

**ENTERED**
December 13, 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| versus | §    CRIMINAL H-19-719 |
| | § |
| Christopher McIntosh, Jason Brown, Scot Fucito | § |
| William Delboy, Patrick Kelly, Craig Jorgensen, | § |

AMENDED Order for Presentence Investigation and
Disclosure & Sentencing Dates

The following dates shall govern this action:.

1. By <u>February 16, 2023</u> the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By <u>March 2, 2023</u> , counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By <u>March 16, 2023</u> , the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for <u>March 23, 2023</u>  at <u>1:00 p.m.</u> (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant  must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone:  (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed <u>December 12, 2022</u>

United States District Judge