IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| v. | § § | Criminal Action No. H-19-719-07 |
| William Andrew Delboy, | § § | |
| Defendant. | § § | |

## ORDER

Pending before the Court is Defendant's Motion for Continuance of the Sentencing Hearing (Document No. 581). Having considered the motion, submissions, and applicable law, the Court determines the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant's Motion for Continuance of the Sentencing Hearing (Document No. 581) is **DENIED.** Sentencing is reset to May 18, 2023 at 1:45 p.m.

SIGNED at Houston, Texas, on this **27** day of April, 2023.

DAVID HITTNER
United States District Judge