United States District Court
Southern District of Texas
**ENTERED**
May 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **CRIMINAL NO: 4:19-CR-719-S2-7** |
| § | |
| **WILLIAM ANDREW DELBOY,** § | |
| **Defendant.** § | |

## ORDER OF FORFEITURE AT SENTENCING

The Preliminary Order of Forfeiture, which was signed on June 10, 2021 (Document 279) and became final as to the defendant William Andrew Delboy on the same date, is made part of the defendant's sentence and shall be included in the judgment.

Signed at Houston, Texas, on _May 18_, 2023.

David Hittner
United States District Judge