United States District Court
Southern District of Texas
**ENTERED**
October 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:19-cr-719-S2 |
| § | |
| WILLIAM ANDREW DELBOY § | |

## ORDER SETTING RESTITUTION

Having considered the parties' Stipulation Regarding Restitution and Request for Amended Judgment, and finding it is in the interest of justice, it is hereby ORDERED that:

1. Restitution to the victim, Solomon, from the "JBlonde" series shall be set at $5,000.

2. Restitution to the victim, Lily, from the "Vicky" series shall be set at $5,000.

3. Restitution to the victim, Sierra, from the "Jan_Socks1" series shall be set at $5,000.

4. Restitution to the victim, Savannah, from the "Jan_Socks2" series shall be set at $5,000.

5. Restitution to the victim, Skylar, from the "Jan_Socks3" series shall be set at $5,000.

6. Restitution to the victim, Sally, from the "Jan_Socks4" series shall be

set at $5,000.

7. Restitution to the victim, Cara, from the "Motorcouch1" series shall be set at $5,000.

8. Restitution to the victim, Sarah, from the "Marineland1" series shall be set at $5,000.

9. Restitution to the victim, Violet, from the "AtSchool" series shall be set at $5,000.

10. Restitution to the victim, Maria, from the "BestNecklace" series shall be set at $5,000.

11. Restitution to the victim, Henley, from the "BluePillow1" series shall be set at $5,000.

12. Restitution to the victim, Jessy, from the "Surfer Hair" series shall be set at $5,000.

13. Restitution to the victim, Kauzie, from the "RapJerseys" series shall be set at $5,000.

14. Restitution to the victim, Jack, from the "Rap72" series shall be set at $5,000.

15. Restitution to the victim, Ryan, from the "RapCK" series shall be set at $5,000.

16. Restitution to the victim, Dipper, from the "Jester" series shall be set at

$5,000.

17. Restitution to the victim, Maureen, from the "Lighthouse1" series shall be set at $5,000.

18. Restitution to the victim, Pia, from the "Sweet White Sugar" series shall be set at $5,000.

19. Restitution to the victim, Mya, from the "Sweet Pink Sugar" series shall be set at $5,000.

20. Restitution to the victim, Ava, from the "Sweet Purple Sugar" series shall be set at $5,000.

21. Restitution to the victim, John Doe 1, from the "8kids" series shall be set at $5,000.

22. Restitution to the victim, John Doe 2, from the "8kids" series shall be set at $5,000.

23. Restitution to the victim, John Doe 3, from the "8kids" series shall be set at $5,000.

24. Restitution to the victim, John Doe 4, from the "8kids" series shall be set at $5,000.

25. Restitution to the victim, John Doe 5, from the "8kids" series shall be set at $5,000.

26. Restitution to the victim, Chelsea, from the "2Crazygurls" series shall

be set at $5,000.

27. Restitution to the victim, April, from the "Aprilblonde" series shall be set at $5,000.

28. Restitution to the victim, Andy, from the "Sponge Bob" series shall be set at $5,000.

29. Restitution to the victim, Taylor, from the "RedGlassesCry" series shall be set at $5,000.

30. Restitution to the victim, L.L., from the "Ashley_81" series shall be set at $5,000.

31. Restitution to the victim, Ali, from the "ZooFamily" series shall be set at $5,000.

32. Restitution to the victim from the "Cindy" series shall be set at $5,000.

33. Restitution to the victim, Jackson, from the "BluePlaid3" series shall be set at $5,000.

34. Restitution to the victim, Jordon, from the "BluePlaid4" series shall be set at $5,000.

35. Restitution to the victim, Jane, from the "CinderBlockBlue" series shall be set at $5,000.

36. Restitution to the victim of the "Jenny" series shall be set at $5,000.

37. Restitution to the victim, Erica, from the "PinkHeartSisters1" series

shall be set at $5,000.

38. Restitution to the victim, Tori, from the "PinkHeartSisters2" series shall be set at $5,000.

39. Restitution to the victim, Fiona, from the "BluePink1" series shall be set at $5,000.

40. Restitution to the victim of the "Tara" series shall be set at $5,000.

41. Each of the victims are victims of the Defendant's conduct.

42. The restitution amount is joint and several amongst all of the Defendants in *U.S. v. McCreary, et al; 4:19-cr-719-S2* and *U.S. v. Gable, et al.; 4:21-cr-06-S1*.

43. The restitution payments shall be made to the Clerk of Court, U.S. District Court, Attention: Finance, P.O. Box 61010, Houston, TX 77208, who shall make payments to the respective trust account of counsel for the victim.

44. Restitution is due in accordance with the Bureau of Prisons' Inmate Financial Responsibility Program. Any balance remaining after release from imprisonment shall be due in equal monthly installments of $100 to commence 30 days after release from imprisonment to a term of supervision.

45. The judgment in this action shall reflect the restitution amount paid to each victim and the payment schedule.

DATED this __3__ day of __Oct__, 2023.

_____
David Hittner
United States District Judge