UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § § | **CRIM. NO. 4:19-CR-719S** |
| **CHARLES MCCREARY, et al.** | § § | |

### NOTICE OF RELATED CASES

COMES NOW the United States of America, and files this notice to inform the Court that the above-captioned indictment is related to: (1) *United States v. Kipp, et al.,* 4:23-cr-00177, which is currently pending before the Honorable Charles Eskridge, United States District Judge for the Southern District of Texas.

Date: October 19, 2023.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

/s/ Sherri L. Zack
Sherri L. Zack
Kimberly A. Leo
Assistant U.S. Attorneys
James Burke, IV
Trial Attorney, CEOS